## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Caitlin Walsh

                    Plaintiff,

v.                                      Case No.: 1:23–cv–14381
                                        Honorable Edmond E. Chang

A.F. Risavy, Inc.

                    Defendant.

## DIVISIONAL TRANSFER NOTICE

DIVISIONAL TRANSFER Notice. Case transferred to Western Division – Rockford. Pursuant to transfer order: [6]. (axk, )